**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR324 |
| | ) | |
| v. | ) | |
| | ) | |
| **ABRAHAM SAMANIEGO LOPEZ,** | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 19) is dismissed, with prejudice.

DATED this 27th day of September, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge